UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

EUGENE CAMPBELL,  )
    Plaintiff,  )
    )
v.  ) Case Number: 2:23-cv-02110-CSB-EIL
    )
MENARD, INC.  )
    Defendant.  )

### STIPULATION TO DISMISS THE CASE

Now comes the parties and asks the court to dismiss the above case for the reason that Plaintiff no longer desires to pursue this case any further. Each party shall bear its own costs and expenses incurred in connection with this claim.

Wherefore, the parties pray this Court enter an Order dismissing the above with prejudice.

S/Warren Danz
**LAW OFFICE OF WARREN DANZ**
**WARREN DANZ #0578614**
**710 NE JEFFERSON**
**PEORIA, IL 61603**
**(309) 676-4645**
**FAX: (309) 676-6724**
peorialawyer@gmail.com

S/Joseph Davidson
**Ottosen DiNolfo Hasenbalg & Castaldo**
**1804 North Naper Boulevard, Suite 350**
**Naperville, IL 60563**
**630-614-7608**
jdavidson@ottosenlaw.com

### ORDER

The Court being advised of the above, dismisses the case with prejudice.

_____
Judge         Date